## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| **MARK RYLAND DOWDY,** | ) | **Civil Action No. 7:11-cv-00565** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **DEBORAH LAWRENCE,** | ) | **By:   Hon. Michael F. Urbanski** |
| **Defendant.** | ) | **United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED** without prejudice and is **STRICKEN** from the active docket of

the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum

Opinion to plaintiff and defendant.

Entered:  April 11, 2012

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge